In the Matter of FLORENCE GROVE, Respondent, v. FRANK CHERICO, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.